IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND N. BROWNING                                              PLAINTIFF


vs.                                   CASE NO.  **4:05CV1351GH**


JO ANNE B. BARNHART,                                            DEFENDANT
Commissioner, Social Security
Administration

## JUDGMENT

      Pursuant to the Order entered this date, the Court reverses the decision of the

Commissioner and remands the case to the Commissioner with instructions to conduct

further proceedings consistent with this Order.  This is a sentence-four remand.

      IT IS SO ORDERED this 15th day of February,   2007.

_____
UNITED STATES DISTRICT JUDGE